Richard S. Diestel, No. 095059
Tessa K. Weeks, No. 295860
**BLEDSOE, CATHCART, DIESTEL,
PEDERSEN & TREPPA, LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone:   (415) 981-5411
Facsimile:    (415) 981-0352

Attorneys for Defendant
1049 MARKET STREET, LLC

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA REYES BRACAMONTE,<br><br>Plaintiff,<br><br>v.<br><br>1049 MARKET STREET, LLC, 1067 MARKET STREET, LLC, JOHN GALL, TERRY L. BOGART (D/B/A S.F. OFFICE LOFTS), RICHARD LANE (D/B/A S.F. OFFICE LOFTS), CARRY LANE (D/B/A S.F. OFFICE LOFTS), AND DOES 1 THROUGH 10,<br><br>Defendants. | Case No. C14-02083-KAW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff GABRIELA REYES BRACAMONTE and Defendant 1049 MARKET STREET, LLC, by and through their respective counsel of record, hereby stipulate pursuant to Civil Local Rule 16-2(e), that the Initial Case Management Conference now set for September 9, 2014 at 1:30PM in Courtroom 4 of the Ronald V. Dellums Federal Building, Third Floor, 1301 Clay Street, Oakland, CA 94612 be continued for the following reasons:

1. Plaintiff is still attempting service for five of the six defendants to the herein action, including Defendants 1067 MARKET STREET, LLC, JOHN GALL, TERRY BOGART, RICHARD LANE, and CARRY LANE.

-1-

1  We respectfully request that this Initial Case Management Conference be reset for
2  November 10, 2014 or later.
3  SO STIPULATED:

6  Dated: September 8, 2014        By _____
7                                      Jose Marin,
                                        Attorney for Plaintiff

9  Dated: September 8, 2014        BLEDSOE, CATHCART, DIESTEL,
10                                  PEDERSEN & TREPPA, LLP

12                                  By _____
                                        Richard S. Diestel
13                                      Attorney for Defendant
                                        1049 MARKET STREET, LLC

1  Richard S. Diestel, No. 095059
   Tessa K. Weeks, No. 295860
2  **BLEDSOE, CATHCART, DIESTEL,**
   **PEDERSEN & TREPPA, LLP**
3  601 California Street, 16th Floor
   San Francisco, California 94108-2805
4  Telephone:   (415) 981-5411
   Facsimile:   (415) 981-0352
5

6  Attorneys for Defendants
   1049 MARKET STREET, LLC
7

8

9                   THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  GABRIELA REYES BRACAMONTE, | Case No. C14-02083-KAW |
| 13 | [PROPOSED] ORDER ACCEPTING PLAINTIFF GABRIELA REYES BRACAMONTE'S AND DEFENDANT 1049 MARKET STREET, LLC'S STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| 14             Plaintiff, | |
| 15       v. | |
| 16  JOHN GALL, TERRY L. BOGART, RICHARD LANE, CARRY LANE, 1049 MARKET STREET, LLC, 1067 MARKET STREET, LLC, | |
| 17 | |
| 18             Defendants. | |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

-1-
[PROPOSED] ORDER ACCEPTING PLAINTIFF GABRIELA REYES BRACAMONTE'S AND DEFENDANT 1049 MARKET STREET,
LLC'S STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Case4:14-cv-02083-KAW   Document11   Filed09/08/14   Page4 of 4

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference in the herein action is continued to November 18, 2014.

DATED: 9\8 , 2014

*Kandis Westmore*

Honorable Kandis A. Westmore
Magistrate Judge

-2-

[PROPOSED] ORDER ACCEPTING PLAINTIFF GABRIELA REYES BRACAMONTE'S AND DEFENDANT 1049 MARKET STREET, LLC'S STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE