**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

RICHARD W. WIEKING                                            PHONE: 510-637-3530
CLERK OF COURT                                                WWW.CAND.USCOURTS.GOV

November 12, 2014

Re:   Bracamonte v. Gall, et al
      Case No. C14-2083 KAW

Dear Counsel/Parties:

This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction, has not been filed in this case. Defendants are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by November 26, 2014. This form can be found on the Court's website at www.cand.uscourts.gov.

                                                  Sincerely,

                                                  FOR THE COURT,
                                                  Richard W. Wieking, Clerk

                                                  by: _____
                                                     Susan Imbriani
                                                     Courtroom Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIELA REYES BRACAMONTE,   No. C 14-2083 KAW

        Plaintiff(s),

  v.

**CLERK'S NOTICE:
CONSENT OR DECLINATION TO
MAGISTRATE JUDGE JURISDICITON**

JOHN GALL, ET AL,

        Defendant(s).
_____/

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ( )   **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

    ( )   **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____  NAME:_____

COUNSEL FOR
(OR "PRO SE"): _____

_____
*Signature*

2