Richard S. Diestel, No. 095059
Tessa K. Weeks, No. 295860
**BLEDSOE, CATHCART, DIESTEL,
PEDERSEN & TREPPA, LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone: (415) 981-5411
Facsimile: (415) 981-0352

Attorneys for Defendants
JOHN GALL and 1049 MARKET STREET, LLC

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA REYES BRACAMONTE, <br><br> Plaintiff, <br><br> v. <br><br> JOHN GALL, TERRY L. BOGART, RICHARD LANE, CARRY LANE, 1049 MARKET STREET, LLC, 1067 MARKET STREET, LLC, <br><br> Defendants. | Case No. C14-02083-KAW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the Court Process of Early Neutral Evaluation pursuant to ADR L.R. 5; and

The parties further agree to hold the ADR session by the presumptive deadline,

-1-

which is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.

Dated: 11/7/14

_____
Jose Z. Marin
Attorney for Plaintiff GABRIELA REYES BRACAMONTE

Dated: 11-6-14

_____
Richard S. Diestel, Esq.
BLEDSOE, CATHCART, DIESTEL,
PEDERSEN & TREPPA, LLP
Attorney for Defendants JOHN GALL and
1049 MARKET STREET, LLC

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:_____

_____
Honorable Kandis A. Westmore
Magistrate Judge

-2-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS