|   |   |
|---|---|
| 1 | Richard S. Diestel, No. 095059 |
|   | Tessa K. Weeks, No. 295860 |
| 2 | **BLEDSOE, CATHCART, DIESTEL,** |
|   | **PEDERSEN & TREPPA, LLP** |
| 3 | 601 California Street, 16th Floor |
|   | San Francisco, California 94108-2805 |
| 4 | Telephone:   (415) 981-5411 |
|   | Facsimile:    (415) 981-0352 |

Attorneys for Defendants
JOHN GALL and 1049 MARKET STREET, LLC

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GABRIELA REYES BRACAMONTE, | Case No. C14-02083-KAW |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | |
| JOHN GALL, TERRY L. BOGART, RICHARD LANE, CARRY LANE, 1049 MARKET STREET, LLC, 1067 MARKET STREET, LLC, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the Court Process of Early Neutral Evaluation pursuant to ADR L.R. 5; and

The parties further agree to hold the ADR session by the presumptive deadline.

-1-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

which is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.

Dated: 11/7/14

Jose Z. Marin
Attorney for Plaintiff GABRIELA REYES BRACAMONTE

Dated: 11-6-14

Richard S. Diestel, Esq.
BLEDSOE, CATHCART, DIESTEL,
PEDERSEN & TREPPA, LLP
Attorney for Defendants JOHN GALL and 1049 MARKET STREET, LLC

[PROPOSED] ORDER

[X] The parties' stipulation is adopted and IT IS SO ORDERED.

[ ] The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 11/12/14

Honorable Kandis A. Westmore
Magistrate Judge