UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GABRIELA REYES BRACAMONTE, | Case No. 14-cv-02083-KAW |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO SERVE 1067 MARKET STREET, LLC |
| JOHN GALL, et al., | |
| Defendants. | Re: Dkt. No. 27 |

On December 4, 2014, Plaintiff filed an administrative motion to extend the deadline to serve 1067 Market Street, LLC by 30 days. (Pl.'s Mot., Dkt. No. 27 at 2.) The case was filed on May 7, 2014, and the last day to effect service under the federal rules was September 4, 2014. Fed. R. Civ. P. 4(c)(1).

Plaintiff attempted service on the Agent for Service of Process, John Gall, on numerous occasions during the 120 day period for service. (Affidavit of Reasonable Diligence, Dkt. No. 27-2 at 4-5.) Defendants John Gall and 1049 Market Street, LLC filed an opposition to the administrative motion, contending that Plaintiff could not show good cause for the delay in service, and did not attempt service at 1067 Market Street, LLC's Entity Address. (Def.'s Opp'n, Dkt. No. 28.)

Plaintiff did, however, attempt to serve 1067 Market Street, LLC at the address for its agent for service of process, which is 1005 Market Street #310, San Francisco, California. That is all that is required. Additionally, Agent John Gall has already appeared as a co-defendant in this case, so the Court does not understand why he has not waived service on behalf of 1067 Market Street, LLC.

Accordingly, while Plaintiff should have filed the administrative motion in September

2014, the Court finds good cause to grant Plaintiff's motion to extend the deadline for service for an additional thirty (30) days from the date of this order.

IT IS SO ORDERED.

Dated: January 27, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge