Jose Z. Marin, (SBN 291457)
**JOSE MARIN LAW**
1630 Taraval Street, Suite B
San Francisco, California 94116
Telephone:    (415) 527-0057
Facsimile:    (866) 561-4546
Jose@JoseMarinLaw.com

Attorneys for Plaintiff
GABRIELA REYES BRACAMONTE

Richard S. Diestel, No. 095059
Tessa K. Weeks, No. 295860
**BLEDSOE, DIESTEL,TREPPA & CRANE LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone:    (415) 981-5411
Facsimile:    (415) 981-0352

Attorneys for Defendant 1049 MARKET STREET, LLC and JOHN GALL

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA REYES BRACAMONTE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN GALL, 1049 MARKET STREET, LLC, 1067 MARKET STREET, LLC, and DOES,<br><br>Defendants. | Case No. C14-02083-KAW<br><br>**MOTION TO DISMISS** |

-1-

**MOTION TO DISMISS & [PROPOSED] ORDER**

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT** Plaintiff GABRIELA REYES BRACAMONTE ("Plaintiff") hereby moves this court to dismiss this action in its entirety <u>with prejudice</u> pursuant to the parties' settlement agreement reached at the Early Neutral Evaluation conducted on March 23, 2015. The parties are to bear their own fees and costs.

Dated: March 23, 2015

                                                 Jose Z. Marin
                                                 Attorney for Plaintiff GABRIELA REYES BRACAMONTE

## ~~PROPOSED~~ ORDER

The above Motion for Dismissal pursuant to a private settlement agreement, with prejudice, is approved. The parties will bear their own costs and fees. ~~In addition, the Court makes the further orders stated below:~~

_____

_____

_____

_____.

IT IS SO ORDERED.

Dated: 4/7/15

_____
Honorable Kandis A. Westmore
Magistrate Judge